DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OLIVER S. STEEL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2857

[March 12, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Edward Harold Merrigan, Jr., Judge; L.T. Case No. 89026582CF10B.

Oliver S. Steel, Okeechobee, pro se.

James Uthmeier, Attorney General, Tallahassee, and Luke Robert Napodano, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and KLINGENSMITH, JJ., concur.

\*            \*            \*

***Not final until disposition of timely-filed motion for rehearing.***